Form B2400A - Reaffirmation Agreement     File # 1201268     Page 1
L.B.F. 4008-1.1

# United States Bankruptcy Court
### District of Colorado

In re  Hong S Kim / Inhee Kim  Debtor          Case No. 18-14293-KHT-7     Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Capital One Auto Finance, a division of Capital One, N.A.

2. Amount of the debt subject to this reaffirmation agreement:
   $10,344.50 on the date of bankruptcy        $10,344.50 to be paid under reaffirmation agreement
   subject to the terms of the reaffirmed pre-petition loan documents. Pay-off as of 05/18/2018.

3. Annual percentage rate of interest: 11.000 % prior to bankruptcy
   11.000 % under reaffirmation agreement ( __X__ Fixed Rate _____ Adjustable Rate)

4. Repayment terms (if fixed rate): $373.52 per month for 33 months until paid as per the terms of the reaffirmed pre-petition loan documents (on the maturity date, all outstanding amounts owed under this reaffirmation agreement shall be immediately due and payable).

5. Collateral, if any, securing debt: Current market value: $12,750.00
   Description: 2009 MERCEDES-BENZ M CLASS Utility 4D ML350 4WD
   VIN / ID #: 4JGBB86E09A475039

6. Does the creditor assert that the debt is nondischargeable? _____ Yes __X__ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries                    Debtor's Income and Expenses
                                                     as Stated on Reaffirmation Agreement

7A. Total monthly income from $ 2,442               7B. Monthly income from all
    Schedule I, line 12                                 $ 2,442
                                                        sources after payroll deductions

8A. Total monthly expenses                          8B. Monthly expenses
    $ 3,069                                             $ 3,069
    from Schedule J, line 22

9A. Total monthly payments on $ 0                   9B. Total monthly payments on
    reaffirmed debts not listed on Schedule J          $ 0
                                                        reaffirmed debts not included in monthly

                                                    10B. Net monthly income
                                                         $ (127)
                                                         (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.)

Form B2400A - Reaffirmation Agreement(Cont.)     File # 1201268     Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):
    N/A

12. Explain with specificity any difference between the expense amounts (8A and 8B):
    N/A

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____     _____
Signature of Debtor (only required if line 11 or 12 is completed)     Signature of Joint Debtor (if applicable, and only required if line 11 or 12 is completed)

**Other Information**

[✓] Check this box if the total on Line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: Spouses income as set forth 3 sch. J.

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
    ✓ Yes     ____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
    ____ Yes     ✓ No

## FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement.

_____
Signature

Ketan Sawarkar - Claims Processor
Print/Type Name & Signer's Relation to Case

**Reaffirmation agreement will not be filed unless it is signed and returned within 60 days of the first set 341 meeting date or the court extends the time to file the reaffirmation agreement**

* This form 4008 - 1.1 has been modified by AIS Portfolio Services, LP in conformance with FED. R. BANKR. P. 4008 and compliance with L.B.F 4008 - 1.1

This Form 4008 - 1.1, as modified, is substantially similar to Official Form 4008 - 1.1.

Form B2400A - Reaffirmation Agreement(Cont.)     File # 1201268     Page 3

Check one.

[X] Presumption of Undue Hardship

[ ] No Presumption of Undue Hardship *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
## District of COLORADO

In re  Hong S Kim
      Inhee Kim
         Debtor

Case No.  18-14293-KHT-7
Chapter   7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** Capital One Auto Finance, a division of Capital One, N.A.

[ ] Check this box if Creditor is a Credit Union

## I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this Reaffirmation Documents packet.**

1. Brief description of the original agreement being reaffirmed: Automobile

2. **AMOUNT REAFFIRMED:** $10,344.50

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before the date you sign this Reaffirmation Agreement.

   *See the definition of "Amount Reaffirmed" in Part V. C below.*

3. The **ANNUAL PERCENTAGE RATE** applicable to the Amount Reaffirmed is 11.000%.

   *See definition of "Annual Percentage Rate" in Part V, Section C below.*

   This is a *(check one)* [X] Fixed rate    [ ] Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

4. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

   [X] If fixed term, $373.52 per month for 33 months **OR** until paid as per the terms of the reaffirmed pre-petition loan documents starting on June 14, 2018. (On the maturity date, all outstanding amounts owed under this reaffirmation agreement shall be immediately due and payable).

   [ ] If not fixed term, describe repayment terms: _____.

Form B2400A - Reaffirmation Agreement(Cont.)        File # 1201268        Page 4

5. Describe the collateral, if any, securing the debt:

| Item or Type of Item | Current Market Value |
|---|---|
| 2009 MERCEDES-BENZ M CLASS Utility 4D ML350 4WD | $12,750.00 |

6. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

   [X] Yes.    [ ] No.

   If yes, what was the purchase price for the collateral?    $17,064.49
   If no, what was the amount of the original loan?    $_____

7. Detail the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

**Unless otherwise changed in this reaffirmation agreement, I (we) reaffirm all other terms and conditions of the credit agreement. Any changes to the credit agreement contained in this reaffirmation agreement will not be effective if this reaffirmation agreement is rescinded or disapproved by the court.**

The terms stated herein are contingent upon the execution and filing of the reaffirmation agreement prior to the discharge or, if applicable, approval of the reaffirmation agreement by the court. Any loan extensions, modifications, late payments, payments to principal or other accruals of interest may alter the contractual paid in full date or final payment amount otherwise set forth in this reaffirmation agreement or the reaffirmation agreement cover sheet.

TO BE EFFECTIVE, ANY NOTICE OF RECISSION OF THIS REAFFIRMATION AGREEMENT MUST BE MAILED TO THE FOLLOWING ADDRESS:

AIS Portfolio Services, LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Any loan extensions, modifications, late payments, adjustments to escrow on impounded loans, payments to principal or other accruals of interest may alter the contractual paid in full date or final payment amount.

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due (including fees and costs) | $10,344.50 | $10,344.50 |
| Annual Percentage Rate | 11.000% | 11.000% |
| Monthly Payment | $373.52 | $373.52 |

8. [ ] Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

Form B2400A - Reaffirmation Agreement(Cont.)        File # 1201268        Page 5

## II. DEBTOR'S STATEMENT IN SUPPORT
## OF REAFFIRMATION AGREEMENT

1. Were you represented by an attorney during the course of negotiating this agreement?

    Check one. [✓] Yes    [ ] No

2. Is the creditor a credit union?

    Check one. [ ] Yes    [✓] No

3. If your answer to EITHER question 1. or 2. above is "No" complete a. and b. below.

    a.    Your present monthly income and expenses are:

        i. Monthly income from all sources after payroll deductions (take-home pay plus any other income)        $ 2942

        ii. Monthly expenses (including all reaffirmed debts except this one)        $ ~~2942~~ 2695

        iii. Amount available to pay this reaffirmed debt (subtract ii. from i.)        $ 247

        iv. Amount of monthly payment required for this reaffirmed debt        $ 374

        If the monthly payment on this reaffirmed debt (line iv.) is greater than the amount you have available to pay this reaffirmed debt (line iii.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."

    b.    I believe this reaffirmation agreement will not impose an undue hardship on me or my dependents because:

        Check one of the two statements below, if applicable:

        [ ] I can afford to make the payments on the reaffirmed debt because my monthly income is greater than my monthly expenses even after I include in my expenses the monthly payments on all debts I am reaffirming, including this one.

        [✓] I can afford to make the payments on the reaffirmed debt even though my monthly income is less than my monthly expenses after I include in my expenses the monthly payments on all debts I am reaffirming, including this one, because:

        Use an additional page if needed for a full explanation.

        We will adjust budget

4. If your answers to BOTH questions 1. and 2. above were "Yes", check the following statement, if applicable:

    [ ] You believe this reaffirmation agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

Also, check the box at the top of page one that says "No Presumption of Undue Hardship."

Case:18-14293-KHT  Doc#:27  Filed:07/19/18  Entered:07/19/18 09:29:05  Page6 of 15

Form B2400A - Reaffirmation Agreement(Cont.)    File # 1201268    Page 6

## III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I (We) hereby certify that:
  i. (We) agree to reaffirm the debt described above.
  ii. Before signing this reaffirmation agreement, I (we) read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;
  iii. The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;
  iv. I am (We are) entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and
  v. I (We) have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S)

Date: 7/15/18     Signature: _____
                              Inhee Kim - *Debtor*

Date: 7-15-18     Signature: _____
                              Hong S Kim

If this a joint reaffirmation agreement, both debtors must sign.

Reaffirmation Agreement Terms Accepted by Creditor:

Creditor  Capital One Auto Finance, a division of Capital One, N.A.     AIS Portfolio Services, LP
                                                                         4515 N Santa Fe Ave
                                                                         Oklahoma City, OK 73118

          *Print Name*                                                   Address
          Ketan Sawarkar
          AIS Portfolio Services, LP Bankruptcy Servicer
          for
          Capital One Auto Finance, a division of Capital One, N.A.      _____  07/19/2018
          *Print Name of Representative*                                 *Signature*      *Date*

## IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

[✓] A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 7/6/18     Signature of Debtor's Attorney: _____
                Print Name of Debtor's Attorney: BARRY K ARRINGTON

Case:18-14293-KHT   Doc#:27   Filed:07/19/18   Entered:07/19/18 09:29:05   Page7 of 15

Form B2400A - Reaffirmation Agreement(Cont.)     File # 1201268     Page 7

## V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

A.  DISCLOSURE STATEMENT

1.  **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.  **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.  **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.  **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.

5.  **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6.  **When will this reaffirmation agreement be effective?**

    **If you *were represented* by an attorney during the negotiation of your reaffirmation agreement**

    i. **if the creditor is not a Credit Union,** your reaffirmation agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship in which case the agreement becomes effective only after the court approves it.

    ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court.

    **b. If you *were not represented* by an attorney during the negotiation of your Reaffirmation Agreement,** the reaffirmation agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your reaffirmation agreement.

Case:18-14293-KHT Doc#:27 Filed:07/19/18 Entered:07/19/18 09:29:05 Page8 of 15

Form B2400A - Reaffirmation Agreement(Cont.)   File # 1201268   Page 8

If the judge decides that the reaffirmation agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your reaffirmation agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B.   **INSTRUCTIONS**

1. Review these Disclosures and carefully consider the decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney section (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* Complete section VI (Form B2400B) to do this.

C.   **DEFINITIONS**

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage Rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

# LOAN AND SECURITY AGREEMENT

**Reference #:** ▇▇▇▇▇▇

Please carefully review this form, including the Vehicle Identification Number (VIN), then sign and date below. Only the original unaltered document — no faxed copy or copy with corrections made by adding information, crossing out information or using correction fluid — will be accepted.

| CONSUMER CREDIT DOCUMENT | Lender: ATTN: COAF Refinance Capital One Auto Finance 7933 Preston Road Plano, TX 75024 | Borrower & Co-Borrower (if applicable): Inhee Kim |
|---|---|---|
| Application ID: ▇▇▇▇ Contract ID: Date: 01/20/16 Address: 2023 South Elkhart Street Aurora, CO 80014 | "We" and "us" mean the lender above, its successors and assigns. | "You" and "your" mean each borrower above jointly and individually. |

**PROMISE TO PAY AND PAYMENT TERMS:**
You promise to pay us the principal amount of $16,691.20 *, plus finance charges accruing on the unpaid balance at the rate of 11% per year from the date we receive a signed contract until maturity. Payments are due pursuant to the Payment Schedule shown in the Truth in Lending Disclosures below and will be credited first to interest due, then to principal due, then to any fees due and owed. Thereafter, any excess payment will be applied to reduce principal. Finance charges accrue on a daily basis. After maturity, or after you default and we demand payment, we will earn finance charges on the unpaid balance at 11% per year. You agree to pay additional amounts according to the terms and conditions of this Agreement.

**SECURITY:** To secure your payment and performance under the terms of this Agreement, you give us a security interest in the Vehicle, identified by the Vehicle Identification Number (VIN) entered below; all accessions, attachments, accessories, and equipment placed in or on the Vehicle, together called the Property; and proceeds of the Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance purchased in accordance with this Agreement.

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE * The dollar amount the credit will cost you. | AMOUNT FINANCED * The amount of credit provided to you on your behalf. | Total of Payments * The amount you will have paid when you have made all payments as scheduled. |
|---|---|---|---|
| 11% | $5,083.40 | $16,691.20 | $21,774.60 |

**Payment Schedule:** Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS * | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 60 | $362.91 | Payments are due on the 14th day of each month, beginning at least 21 days after receipt of your signed contract. |

Security: You are giving a security interest in the Motor Vehicle financed identified further by the VIN below.
Late Charge: If your payment is more than 7 days late, you will pay the lesser of 5% of the late amount or $40.00.

Prepayment: If you pay off this Contract early, you will not have to pay a penalty.
Contract Provisions: **You can see the terms of this Contract for any additional information about nonpayment, default, required payment in full before scheduled date, and any prepayment.**

*Please note that these amounts are estimates based on the information you provided regarding what you owed your current lienholder. If the amount to pay off the lienholder differs from what you told us, and, as a result, the actual amounts differ by more than 5% from the estimates, you will be notified by phone before the Agreement is processed and be given a chance to decline the adjusted terms.

**Vehicle Identification Number (VIN):** 4 J G B B 8 6 E 0 9 A 4 7 5 0 3 9

**Vehicle Model Year:** 2009    **Vehicle Make:** MERCEDES    **Vehicle Model:** ML350

### NOTICE TO BORROWER
Do not sign this Agreement before you read it or if it contains any blank spaces. Please read the additional terms of this Agreement located on the next page. You are entitled to a copy of the Agreement you sign. Keep this Agreement to protect your legal rights. By signing below, each Borrower agrees to the terms on both pages of this Agreement and acknowledges receipt of a copy of this Agreement.

### IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

| ☒ *Inhee Kim*  01/20/16 | ITEMIZATION OF AMOUNT FINANCED | |
|---|---|---|
| Signature of Borrower    Date | AMOUNT PAID TO PREVIOUS LENDER | $ 16,679.00 |
| ☒ | TITLING FEE | $ 12.20 |
| | AMOUNT FINANCED | $ 16,691.20 |
| | FINANCE CHARGE | $ 5,083.40 |
| Signature of Co-Borrower    Date | TOTAL OF PAYMENTS | $ 21,774.60 |

## ADDITIONAL TERMS AND CONDITIONS                                                                                    Reference #:

**GOVERNING LAW AND GENERAL TERMS:** You agree that the terms of this Agreement is governed by Federal law and the laws of the state of Virginia. We reserve the right to verify that the prior lender or lien holder is a valid lending institution and if not, we reserve the right to not fund the loan. We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the amount permitted by law. If you pay a finance charge or fee that is contrary to this provision, we will apply it first to reduce the principal balance, and when the principal has been paid in full, refund any overpayment to you. Any prohibited or unenforceable provision under law will not affect the enforceability of the rest of the Agreement.

**PREPAYMENT:** You may prepay this loan in full or in part at any time.

**OWNERSHIP AND DUTIES TOWARD PROPERTY:** By giving us a security interest in the Motor Vehicle, you represent and agree to the following:

- Our security interest will not extend to consumer goods unless you acquire rights to them within 10 days after we enter into this Agreement, or they are installed in or affixed to the Vehicle.
- The security interest you are giving us in the Motor Vehicle comes ahead of the claim of any third party, including your general or secured creditors. You will do whatever is necessary to keep our claim to the Motor Vehicle ahead of the claim of anyone else, including providing us with your title, if you hold it, to note our lien on the title; signing any additional documents or providing us with any additional information we may require. You will not do anything to change our interest in the Motor Vehicle.
- You will keep the Motor Vehicle in your possession in good condition and repair. You will use the Motor Vehicle for its intended and lawful purposes. Unless otherwise agreed in writing the Motor Vehicle will be located at your address listed on the front of this Agreement.
- You will not attempt to sell the Motor Vehicle or otherwise transfer any rights in the Motor Vehicle to anyone else, without our prior written consent.
- You will pay all taxes and assessments on the Motor Vehicle as they become due, including all Filing Fees and Official State Fees.
- You will notify us of any loss or damage to the Motor Vehicle. You will provide us reasonable access to the Motor Vehicle for the purpose of inspection.

Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**DEFAULT:** You will be in default on this Agreement if any one of the following occurs (except as prohibited by law):

- You fail to perform any obligation that you have undertaken in this Agreement, including, but not limited to, your obligations to make payments and keep the Motor Vehicle insured.
- You make any statement or provide any financial information that is untrue or inaccurate at the time it was given.
- Any government authorities confiscate the Motor Vehicle.
- You die or are involved in any insolvency proceedings brought by or against you; any of your other creditors accelerate a debt owing to them; a judgment against you becomes final; or a tax lien is filed against you or an attachment or garnishment is issued against any of your property or rights, or we, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Agreement.

If you default and if allowed by law, you agree to pay court costs we incur to collect this Agreement as well as reasonable attorneys' fees if we refer this Agreement for collection to an attorney who is not our salaried employee. If any one of you defaults, we may exercise our remedies against any or all of you.

**REMEDIES:** Subject to any refund, notices and rights to cure default required by law, if you are in default on this Agreement, we have all of the remedies provided by law and this Agreement. They include the following:

- We may require you to immediately pay us the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may, but are not required to, pay taxes, assessments or other liens, or make repairs to the Motor Vehicle if you have not done so. Any amount we pay will be added to the amount you owe us and will be due immediately. This amount will earn finance charges from the date paid at the post–maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.
- We may require you to make the Motor Vehicle available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Motor Vehicle by legal process or self–help, but in doing so we may not breach the peace or unlawfully enter onto your premises. We may then sell the Motor Vehicle and apply what we receive as provided by law to our reasonable expenses and then toward your obligations.
- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing one or more of these remedies, we do not waive our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again. You agree that if any notice is required to be given to you of an intended sale or transfer of the Motor Vehicle, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law). You agree that, subject to your right to recover such property or to reinstate the loan, if applicable, we may take possession of personal property left in or on the Motor Vehicle securing this Contract and taken into possession as provided above. We will send you written notice within 15 days of possession of such property at your last known address. If you fail to claim the property as provided in the notice, we may retain or dispose of the property and disperse the proceeds, according to applicable law.

**INSURANCE:** You agree to buy property insurance on the Motor Vehicle protecting against loss and physical damage with maximum deductibles as follows:

• Collision coverage deductible may not exceed $1000. • Comprehensive coverage deductible may not exceed $1000.

You will name us as loss payee on any such policy. In the event of loss or damage to the Motor Vehicle, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Motor Vehicle. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. You will keep the insurance in full force and effect until this Agreement is paid in full. If you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Motor Vehicle. A company other than one you would choose may write this insurance. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Agreement. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately or at the end of your loan term as we may specify. This amount will earn finance charges from the date paid at the post-maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

**OBLIGATIONS INDEPENDENT:** Each person who signs this Agreement agrees to pay this loan according to its terms. This means the following:

• You must pay this loan even if someone else has also signed this Agreement.
• We may release the co-buyer or guarantor and you will still be obligated to pay this loan.
• We may release any security and you will still be obligated to pay this loan.
• If we give up any of our rights, it will not affect your duty to pay this loan.
• If we extend new credit or renew this Agreement, it will not affect your duty to pay this loan.

**WAIVER AND CONSENT:** To the extent permitted by law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or (3) give notice that we intend to make, or are making, this Contract immediately due. **If the actual amount required to pay off your previous lender is higher than the amount originally quoted to you or to us by your previous lender, you consent to our paying the additional amount owed, and adding that amount to the balance of this loan. You understand that this may result in your monthly payments BEING AN AMOUNT THAT IS HIGHER THAN stated on your offered terms.**

**dealertrack**

title management system
Capital One Auto Finance

Search   Work Queues   Reports   Utilities   User Setup

Home   Help   Resources   Contact   Log out

Perfected                                   Account Name Discrepancy   Has Work Items   Has Reminders

### Account

**Actions**

**LOAN**

VIN/HIN: **4JGBB86E09A475039**   Status: **Perfected (PT)**   Titling State: **CO**   Year: **2009**
Account: ▮   Loan: ▮   LoanSuffix: ▮   Branch: **800**   Make: **MERZ ML35**   Model: **0**

**Overview**

| | |
|---|---|
| Primary customer: **KIM, INHEE** | Recovery type: |
| Secondary customer: | Recovery Status date: |
| Home phone: **3038828152** | Amount Financed: **17052.29** |
| Address: **2023 S ELKHART ST AURORA, CO 800141556** | Financed date: **01/22/2016** |
| | Booked date: **01/22/2016** |
| Alert when perfected: ☐ Client  ☐ CMS | Expected payoff date: **02/14/2021** |
| Originator: **PLA** | Payoff date: |
| App. ID: ▮ | Perfected date: **5/6/2016** |
| User Defined 3: | Loan Balance |
| Lienholder Status Code: **(PP) Paperwork at DMV Sr Rep** | State: **CO** |
| Business Unit: | Account subtype: Loan - Refinance (R) |
| Dealer ID/Name: **L7247 /PUBLIC SERVICE CREDIT UNION** | Expected Contract Type: |

**Customers**

| | Order | Order | Name | Type | Home Phone | Business Phone | Address |
|---|---|---|---|---|---|---|---|
| Edit | 1 | ▼ | KIM, INHEE | PERSON | 3038828152 | 3038828152 | 2023 S ELKHART ST AURORACO800141556 |

**Property**

| VIN/HIN | Make | Model | Year | Odometer | Damaged? | Damaged Date | Insurance Total Loss? | Insurance Total Loss Date | Account Collateral Type |
|---|---|---|---|---|---|---|---|---|---|
| 4JGBB86E09A475039 | MERZ ML35 | 0 | 2009 | | ☐ | | ☐ | | VEH |

**Dealer Info**

| | |
|---|---|
| ID: **L7247** | Type: **DEALER** |
| Name: **PUBLIC SERVICE CREDIT UNION** | Status: **ACTIVE** |
| Address: **7055 E Evans Ave Denver, CO 80224** | Dealership: |
| | Contact Name: |
| Phone: **8004377328** | Contact Phone: |
| Fax: | Note: |
| EMail: | |

**Lien Filing**

**Release**

**Duplicate Title**

Request Date:          Action Date:
    Status:        Last Worked By:
     State:    Required State Forms:
    Reason         Requesting Dept:
Operations Code:           Billable: ☐

**Follow Up**

Status: Completed - 3/22/2016

| Activity | Scheduled Date | Completed Date | Status | User |
|---|---|---|---|---|
| Fail Safe EEE | 3/22/2016 | 3/22/2016 | Completed | System |

Client Activities

**Direct Lending Services**

          Status: **Documents Returned**
Transaction Type: **Lien Placement With no Add/Delete**
   Filing State: **COLORADO**
     Start Date: **01/25/2016**
 Completed Date: **04/05/2016**
 Needs Duplicate: **No**
       Post EEE:
      Exception:
 Exception Date:
       EEE Date: **EEE has been set on 3/23/2016**

View Details

**Additional Documents**

Additional Documents do not exist for this account

**Obsolete Docs**

## Title                                                                               Actions

VIN/HIN: **4JGBB86E09A475039**   State: **CO**   Title Number: **10B373449**           **Title-Electronic**
Year: **2009**   Make/Builder: **MERZ**   Model:                                          Perfecting

**Overview**

      Owner(s): **KIM IN HEE**              Closed Date:
    Lienholder: **CAPITAL ONE AUTO FINANCE**   Closed Reason:
    Match Type: **AUTOMATIC**          Document Location:
    Match Date: **5/6/2016**
  Issuance Date: **5/6/2016**
  Imported Date: **5/6/2016**

**Owners**

**Property**

**Liens**

| Name | Address | Lienholder ID | Lien Date | Lien Amount | Lien Maturity Date | Lien Extension Date |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | PO BOX 660068 SACRAMENTO, CA 95866 | ███████ | 4/18/2016 | 16691.20 | 4/16/2026 | |

**Title Maint**

Notes (Date/Time stamps in this section reflect Pacific Time)    | Add Note |

**Notes**

⦿ Show All   ◯ Show User Notes Only   ◯ Show Activity History Only

| Date | User | Context | Activity | Note |
|---|---|---|---|---|
| 11/06/2017 03:30 AM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number 1729. |
| 05/06/2016 06:38 PM | System | State Import | Identify Discrepancy | Name Discrepancy work item added. |
| 05/06/2016 06:38 PM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 05/06/2016 06:38 PM | System | State Import | Create Title | Received electronic document from State. |
| 05/06/2016 06:38 PM | System | State Import | Close Follow-up | Changed from EEE status to Completed because of receipt of ownership document. |
| 05/06/2016 06:38 PM | System | State Import | Perfect Account w/ Discrepancies | Account and Document were automatically matched and have discrepancies. |
| 05/04/2016 02:16 PM | Catherine Her (CMS) | GUI | Add User Note | fwd docs to client |
| 05/04/2016 02:16 PM | Catherine Her (CMS) | GUI | DLS Manifest | Added to DLS Manifest for Capital One Auto Finance 5/5/2016 Federal Express # ▓▓▓▓▓▓ because EEE |
| 04/12/2016 01:14 PM | Donna Wilt | GUI | Change Reminder | Reminder Date: 06/21/2016 Assigned To: Blank |
| 04/12/2016 01:14 PM | Donna Wilt | Client Export | Send Upload File | Sent upload file to Lender. |
| 04/12/2016 01:14 PM | Donna Wilt | GUI | Change Lienholder Status | Lienholder Status updated from SM to PP. |
| 04/12/2016 01:14 PM | Donna Wilt | GUI | Add User Note | vf add to match; vf acct bal; no pl; no pt; no special status; snding ck ▓▓▓▓ ttl app sa ttl auth ltr bre to Arapahoe county FED EX: 776089172971 Plcing in PP |
| 04/08/2016 12:33 PM | Antionette Herron | GUI | Add User Note | vrfd add hm# & poe matchesno pls acc has bal no special status code--assisting with mail recvd rlsd CO ttl showing KIM IN HEE as RO filing for clerk |
| 04/08/2016 11:39 AM | Antionette Herron | GUI | Change Reminder | Reminder Date: 04/12/2016 Assigned To: Blank |
| 04/08/2016 11:39 AM | Antionette Herron | Client Export | Send Upload File | Sent upload file to Lender. |
| 04/08/2016 11:39 AM | Antionette Herron | GUI | Change Lienholder Status | Lienholder Status updated from PC to SM. |
| 04/08/2016 11:37 AM | Antionette Herron | GUI | Add User Note | vrfd add hm# & poe matchesno pls acc has bal no special status code--assisting with mail recvd SA and notarized POA placing in SM per note below ttl was forwarded to EEE- filing docs |
| 04/06/2016 02:32 PM | Christopher Hallman | GUI | Add User Note | working mail batch ▓▓▓▓ received rlsd Co ttl ino KIM INHEE fwd to eee to review |
| 04/05/2016 07:57 AM | Amy Carter (CMS) | GUI | Add User Note | EEE, forward to COAF via FedEx tracking no:776032558649 |
| 04/05/2016 07:56 AM | Amy Carter (CMS) | GUI | Change Request Status | Direct Lending Service Request LP status changed to 'Documents Returned'. |
| 03/28/2016 10:45 AM | Maria Serna | GUI | Add User Note | allwng time to recv ttl |
| 03/28/2016 10:45 AM | Maria Serna | GUI | Change Reminder | Reminder Date: 04/11/2016 Assigned To: Blank |
| 03/28/2016 10:44 AM | Maria Serna | GUI | Add User Note | vrfd add, ph#s match Titan and TMS...no pl...acc has bal...no spec status codes.Gave CMR to all Parties,Clld Public Service Credit Union (303) 691-2345 spk w/Christina,gv ss#,vrfd cust name & ymm,gv last 6 vin#,clrk sttd will send a req to her ttl dept to have it mailed out to 7933 Preston Rd Plano,Tx 75024 Attn Maria Ttls dept. |
| 03/24/2016 08:05 AM | Antionette Herron | GUI | Add User Note | Reminder reason: |

Account View · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Page 4 of 5

Case:18-14293-KHT   Doc#:27   Filed:07/19/18   Entered:07/19/18 09:29:05   Page14 of 15

| Date | User | Context | Activity | Note |
|---|---|---|---|---|
| 03/24/2016 08:05 AM | Antionette Herron | GUI | Set Reminder | Reminder Date: 03/29/2016 Assigned To: Blank |
| 03/24/2016 08:05 AM | Antionette Herron | Client Export | Send Upload File | Sent upload file to Lender. |
| 03/24/2016 08:05 AM | Antionette Herron | GUI | Change Lienholder Status | Lienholder Status updated from NW to PC. |
| 03/24/2016 08:04 AM | Antionette Herron | GUI | Add User Note | vrfd add, hm# & poe matches....no pls, acc has bal, no special status code--placing acct in PC to contact Public Service Credit Union for status of ttl, once recvd should be able to process IF no other party is listed on ttl with copy of POA in images. |
| 03/24/2016 07:59 AM | Antionette Herron | GUI | Add User Note | *****************ARAPAHOE COUNTY ************* |
| 03/23/2016 09:58 PM | System | DLS | EEE Direct Lending Services Request | Direct Lending Service request has been set to EEE. |
| 03/22/2016 06:33 AM | Vaneil Sharma (CMS) | GUI | Print Letter | Printed Release Of Previous Lien letter 2 addressed to Customer. |
| 03/22/2016 05:05 AM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 03/22/2016 05:05 AM | System | Follow Up | Change Lienholder Status | Lienholder Status updated from blank to NW. |
| 03/22/2016 05:05 AM | System | Follow Up | Fail Safe EEE | Follow Up has Fail Safe EEE'd. |
| 03/22/2016 04:04 AM | System | Follow Up | Initiate Request | Initiated Follow Up Request . |
| 03/21/2016 12:18 PM | Myron McClain (CMS) | GUI | Add User Note | cci inhee, cb#e:ltr Customer have questions on completing POA. |
| 03/14/2016 02:51 PM | Deborah Parker (CMS) | GUI | Add User Note | cci: cb# re:ltr she states she sent POA, I advised POA invalid due to altered. advised I need to mail the POAs. |
| 03/14/2016 02:49 PM | Deborah Parker (CMS) | GUI | Print On Demand Letter | Printed an on demand letter: CO POA Cover Letter 2. |
| 03/14/2016 02:48 PM | Deborah Parker (CMS) | GUI | Print On Demand Letter | Printed an on demand letter: Power of Attorney CO Form. |
| 03/08/2016 06:38 AM | Vaneil Sharma (CMS) | GUI | Print Letter | Printed DLSPOA_CO_Cover_Series_2. |
| 02/25/2016 08:26 AM | MaryJo Saelee (CMS) | GUI | Change Request Status | Direct Lending Service Request LP status changed to 'Packet Incomplete'. |
| 02/24/2016 01:50 PM | MaryJo Saelee (CMS) | GUI | Modify Request | Modified Direct Lending Service Request LP. |
| 02/24/2016 01:50 PM | MaryJo Saelee (CMS) | GUI | DLS Log Documents | **Logged Documents** -Other |
| 02/24/2016 01:50 PM | MaryJo Saelee (CMS) | GUI | Modify Request | Modified Direct Lending Service Request LP. |
| 02/24/2016 01:48 PM | MaryJo Saelee (CMS) | GUI | Change Request Status | Direct Lending Service Request LP status changed to 'Document Review'. |
| 02/22/2016 01:37 PM | Latresa Richardson | GUI | Add User Note | rqe to have reg in CO tr to EEE adv acct LVM adv # |
| 02/22/2016 07:07 AM | Austin Saechao (CMS) | GUI | Print Letter | Printed Release Of Previous Lien letter 1 addressed to Previous Lienholder. |
| 02/17/2016 02:48 PM | Nancy Beck (CMS) | GUI | Modify Request | Modified Direct Lending Service Request LP. |
| 02/17/2016 02:48 PM | Nancy Beck (CMS) | GUI | Modify Request | Modified Direct Lending Service Request LP. |
| 02/17/2016 02:48 PM | Nancy Beck (CMS) | GUI | Modify Request | Modified Direct Lending Service Request LP. |
| 02/11/2016 07:22 AM | Austin Saechao (CMS) | GUI | Print Letter | Printed DLSPOA_CO_Form. |
| 02/11/2016 07:22 AM | Austin Saechao (CMS) | GUI | Print Letter | Printed DLSPOA_CO_Cover_Series_1. |
| 02/11/2016 07:22 AM | Austin Saechao (CMS) | GUI | Print Letter | Printed DLSPOA_CO_Form. |
| 02/04/2016 08:10 AM | Zoua Yang (CMS) | GUI | Modify Request | Modified Direct Lending Service Request LP. |

| Date | User | Context | Activity | Note |
|---|---|---|---|---|
| 02/04/2016 08:10 AM | Zoua Yang (CMS) | GUI | Change Request Status | Direct Lending Service Request LP status changed to 'Packet Incomplete'. |
| 01/29/2016 04:46 AM | Chassity Gildon | GUI | Add User Note | Working refi 1st contact report email sent to cus to sign/return ttl docs to complete lien placement |
| 01/25/2016 05:28 AM | System | Client Import | Initiate Request | Initiated Direct Lending Service Request LP. |
| 01/25/2016 05:28 AM | System | Client Import | Change Request Status | Direct Lending Service Request LP status changed to 'No Documents Received'. |
| 01/25/2016 05:28 AM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**

Discrepancies
(Requires "RESOLVE_DISCREPANCY_WORK_ITEMS" privilege.)

| | Discrepancy Type |
|---|---|
| | Name Discrepancy |

Reminders:

| | | Reminder Date | Assigned To | Assigned To Work Group | Reason |
|---|---|---|---|---|---|
| Remove | Edit | 6/21/2016 | | | |